**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 20, 2009

Charles R. Fulbruge III
Clerk

No. 07-11205
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

DAMARIUS ORNELAS-CASTRO,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:07-CR-190-4

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Damarius Ornelas-Castro has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Ornelas-Castro has not filed a response, though she moves for appointment of new counsel. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*See* 5TH CIR. R. 42.2. Ornelas-Castro's motion for appointment of counsel also is DENIED.